JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SALMONSON, ) | Case No. |
| ) | CV 11-05449 JGB (JCx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| MICROSOFT CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 23, 2013

JESUS G. BERNAL
United States District Judge

JS - 6